IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURE MATRIX LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:25-CV-2892-L-BK** |
| TFORCE LOGISTICS INC., | § § § | |
| Defendant. | § | |

## NOTICE

    Before the court is Plaintiff Secure Matrix LLC's Notice of Voluntary Dismissal with Prejudice ("Notice") (Doc. 17), filed February 4, 2026.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as no answer or summary judgment has been filed, no court order is required, and this action is **dismissed with prejudice** as a matter of course.  Accordingly, the court declines to issue an order of dismissal.  As stipulated in the Notice, the parties shall bear their own costs and attorney's fees.

    **Filed** this 5th day of February, 2026.

_Sam A. Lindsay_ (signature)
Sam A. Lindsay
United States District Judge

Notice – Solo Page